```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 29513
   THOMAS C HOLMER JR
   HEATHER ELIZABETH HOLMER                    CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-5541     SSN XXX-XX-6119

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/09/2004 and was confirmed 10/20/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 11/20/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
CARMAX AUTO FINANCE        SECURED            6625.00       520.56       6625.00
CARMAX AUTO FINANCE        UNSECURED          2694.52          .00        269.45
NATIONAL CAPITAL MANAGEM   SECURED            4075.00       320.23       4075.00
NATIONAL CAPITAL MANAGEM   UNSECURED          1338.92          .00        133.89
WASHINGTON MUTUAL          CURRENT MORTG         .00           .00           .00
WASHINGTON MUTUAL          MORTGAGE ARRE     2448.75           .00       2448.75
ANDERSON FINANCIAL NETWO   UNSECURED       NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSECURED          545.74           .00         54.57
RESURGENT ACQUISITION LL   UNSECURED          235.60           .00         23.56
DISCOVER FINANCIAL SERVI   UNSECURED        11964.82           .00       1196.48
J C PENNEY                 UNSECURED       NOT FILED          .00            .00
HAMMOND PATHOLOGISTS ASS   UNSECURED           30.00           .00          3.00
PORTFOLIO RECOVERY ASSOC   UNSECURED         5592.21           .00        559.22
PROFESSIONAL CREDIT SERV   UNSECURED       NOT FILED          .00            .00
SPIEGEL                    UNSECURED       NOT FILED          .00            .00
SPIEGEL                    UNSECURED       NOT FILED          .00            .00
NICOR GAS                  UNSECURED          454.96           .00         45.50
ENTERPRISE RECOVERY SYS    UNSECURED       NOT FILED          .00            .00
GREENBERG & ASSOC          DEBTOR ATTY      1,694.00                     1,694.00
TOM VAUGHN                 TRUSTEE                                       1,035.60
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              19,004.81

PRIORITY                                          .00
SECURED                                     13,148.75
   INTEREST                                    840.79
UNSECURED                                    2,285.67

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 29513 THOMAS C HOLMER JR & HEATHER ELIZABETH HOLMER
```

```
ADMINISTRATIVE                                                 1,694.00
TRUSTEE COMPENSATION                                           1,035.60
DEBTOR REFUND                                                       .00
                                     ---------------    ---------------
TOTALS                                     19,004.81          19,004.81
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/28/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                           PAGE   2
         CASE NO. 04 B 29513 THOMAS C HOLMER JR & HEATHER ELIZABETH HOLMER